In re CULLINAN, Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the petition of Patrick W Cullinan, as State Commissioner of Excise, for an order revoking and canceling

liquor tax certificate No. 20,112, issued to David O'Connor.

PER CURIAM. Order reversed, with costs, and application granted, with $25 costs and disbursements. *Held,* that the evidence establishes that the holder of the liquor tax certificate did not comply with, but violated, the law.